UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUL 22 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

USA §
§
vs. § NO: AU:18-CR-00410(13)-RP
§
(13) Joseph Hernandez §

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    July 22, 2019

_____
Defendant's signature

_____
Signature of defendant's attorney

Hans Viktor Olavson
_____
Printed name of defendant's attorney

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE